HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PABLO BUCIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00218-NODJ-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER** |
| vs. | |
| PABLO BUCIO, | Date:   May 22, 2024<br>Time:   1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Pablo Bucio, that the status conference currently scheduled for February 14, 2024, at 1:00 p.m. may be continued to May 22, 2024, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. This is the first scheduled status conference in this matter. The government has provided discovery. Defense counsel is in the process of reviewing the discovery and discussing the matter with his client. Additionally, the defense requires additional time to conduct investigation and research into issues relating to the case. Accordingly, the parties are requesting that the matter be continued for a further status conference. The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 14, 2024, to May 22, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 5, 2024         */s/ David Gappa*
                               DAVID GAPPA
                               Assistant United States Attorney
                               Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: February 5, 2024         */s/ Reed Grantham*
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorney for Defendant
                               PABLO BUCIO

# **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for February 14, 2024, at 1:00 p.m. is hereby continued to **May 22, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period to May 22, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **February 5, 2024**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE