HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PABLO BUCIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00218-NODJ-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| PABLO BUCIO, | Date:   August 14, 2024 |
| Defendant. | Time:   1:00 p.m. |
| | Judge:  Hon. Barbara A. McAuliffe |

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Pablo Bucio, that the status conference currently scheduled for May 22, 2024, at 1:00 p.m. may be continued to August 14, 2024, at 1:00 p.m.

    The parties agree and stipulate, and request that the Court find the following. This is the second scheduled status conference in this matter. The government has provided initial discovery. Defense counsel recently submitted requests for additional discovery that the government is currently looking into. In addition, defense counsel remains in the process of investigating and researching issues relating to the case. Accordingly, the parties are requesting that the matter be continued for a further status conference. The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary

1  for effective preparation, taking into account the exercise of due diligence. The government does
2  not object to the continuance.
3     Based on the above-stated findings, the ends of justice served by continuing the case as
4  requested outweigh the interest of the public and the defendant in a trial within the original date
5  prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial
6  Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to August 14,
7  2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
8  3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at
9  defendant's request on the basis of the Court's finding that the ends of justice served by taking
10 such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 15, 2024         */s/ David Gappa*
                           DAVID GAPPA
                           Assistant United States Attorney
                           Attorney for Plaintiff


                           HEATHER E. WILLIAMS
                           Federal Defender

Date: May 15, 2024         */s/ Reed Grantham*
                           REED GRANTHAM
                           Assistant Federal Defender
                           Attorney for Defendant
                           PABLO BUCIO

**O R D E R**

IT IS SO ORDERED. The status conference currently scheduled for May 22, 2024, at 1:00 p.m. is hereby continued to **August 14, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. The time period to August 14, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 15, 2024**                    /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE