| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
|  | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
|  | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
|  | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|  | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
|  | PABLO BUCIO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00218-NODJ-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| PABLO BUCIO, | Date:   November 13, 2024 |
|  | Time:  1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Pablo Bucio, that the status conference currently scheduled for August 14, 2024, at 1:00 p.m. may be continued to November 13, 2024, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. The government has provided initial discovery. Defense counsel has submitted requests for additional discovery that the government is looking into. The parties are in discussions regarding these discovery requests. In addition, defense counsel remains in the process of investigating and researching a possible motion in the case. Lastly, the parties have engaged in and may have further discussions regarding a possible resolution. In light of the above, the parties are requesting that the matter be continued for a further status conference. The requested

1  continuance will conserve time and resources for the parties and the Court. Counsel for
2  defendant believes that failure to grant the above-requested continuance would deny him the
3  reasonable time necessary for effective preparation, taking into account the exercise of due
4  diligence. The government does not object to the continuance.
5        Based on the above-stated findings, the ends of justice served by continuing the case as
6  requested outweigh the interest of the public and the defendant in a trial within the original date
7  prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial
8  Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to November
9  13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
10 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at
11 defendant's request on the basis of the Court's finding that the ends of justice served by taking
12 such action outweigh the best interest of the public and the defendant in a speedy trial.

                                       Respectfully submitted,

                                       PHILLIP A. TALBERT
                                       United States Attorney

Date: August 7, 2024                */s/ David Gappa*
                                       DAVID GAPPA
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       HEATHER E. WILLIAMS
                                       Federal Defender

Date: August 7, 2024                */s/ Reed Grantham*
                                       REED GRANTHAM
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       PABLO BUCIO

# O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for August 14, 2024, at 1:00 p.m. is hereby continued to **November 13, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period to November 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **August 7, 2024**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE