HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PABLO BUCIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00218-JAM-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE, SET BRIEFING SCHEDULE, AND HEARING DATE; ORDER** |
| vs. | |
| PABLO RENE BUCIO, | |
| Defendant. | |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Pablo Bucio, that the status conference currently set for February 26, 2025, at 1:00 p.m. may be vacated, and that a briefing schedule and hearing date be set on a defense motion to dismiss as set forth below:

- Defense motion to dismiss to be filed on or by April 4, 2025
- Government opposition to be filed on or by May 2, 2025
- Any defense reply to be filed on or by May 14, 2025
- Motion to dismiss hearing to be set on June 3, 2025, at 9:00 a.m. before the Honorable John A. Mendez, United States District Court Judge

　　　　The parties agree that the delay resulting from the filing of Mr. Bucio's motion to dismiss to the hearing proposed herein on June 3, 2025, shall be excluded under 18 U.S.C. §

1  3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the
2  conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18
3  U.S.C. § 3161(h)(1)(D).

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: February 20, 2025

*/s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 20, 2025

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
PABLO BUCIO

# **O R D E R**

**IT IS SO ORDERED.** The status conference previously set for February 26, 2025, at 1:00 p.m. is hereby **VACATED**. A briefing schedule on Mr. Bucio's forthcoming motion to dismiss is hereby set in accordance with the above. The defense forthcoming motion to dismiss is to be filed on or by **April 04, 2025**. The government opposition is to be filed on or by **May 02, 2025**. Any defense reply is to be filed on or by **May 14, 2025**. A hearing on the motion is hereby **SET** for **Tuesday, June 03, 2025, at 9:00 a.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

Time shall be **EXCLUDED** to June 03, 2025, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion.

Dated: February 20, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE